# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2022 KW 0345

VERSUS

PORTER MAJOR, JR.                                     **JULY 18, 2022**

---

In Re:    Porter Major, Jr., applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 03-17-0923.

---

**BEFORE:   HOLDRIDGE, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.** Relator filed this request for mandamus relief shortly after filing the motion at issue in the district court. Accordingly, this court will not intervene where the applicant has not allowed sufficient time for the district court to respond.

**GH**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
     FOR THE COURT